

# Fourth Court of Appeals
## San Antonio, Texas

June 22, 2016

No. 04-15-00342-CV

**VILLA DIJON CONDOMINIUM ASSOCIATION, INC.**
and Implicity Management Company,
Appellants

v.

Mary **WINTERS** and Mila Cheatom,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-03926
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

Appellants' reply brief was due on June 20, 2016. *See* TEX. R. APP. P. 38.6(c). On the due date, Appellants filed an unopposed motion for extension of time to file the reply brief until July 20, 2016, for an extension of thirty days.

Appellants' motion is GRANTED. Appellants' reply brief is due on July 20, 2016. *See id.* R. 38.6(d).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of June, 2016.

_____
Keith E. Hottle
Clerk of Court